472 A.2d 269

Jazloveiticki, Appellant, v. Lipkin's Bakery, Inc.

Argued November 16, 1983.  David Freeman, for appellant;  Thomas L. DeLevie, for appellees.

Before SPAETH, President Judge, and BROSKY and HOFFMAN, JJ.

Judgment affirmed.